Filing # 70248579 E-Filed 04/04/2018 03:56:19 PM

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT,
IN AND FOR LEON COUNTY, FLORIDA

CINDY F. POTTER,

    Plaintiff,

v.                                   Case No.: 2018 CA 000729

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT

Plaintiff CINDY F. POTTER, by and through undersigned counsel, sues Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "STATE FARM") for uninsured/underinsured motorist (hereinafter "UM/UIM") insurance benefits, and alleges:

1. This is an action for damages that exceed $15,000.00, the minimal jurisdictional limits of this court.

2. Plaintiff CINDY F. POTTER was a resident of Tallahassee, Leon County, Florida, at the time she purchased the subject UM/UIM insurance policy from STATE FARM in Leon County, at all times material hereto, and is in all other respects sui juris.

3. Defendant STATE FARM was at all times material hereto a corporation operating as an insurance company, licensed to do business in the state of Florida and conducting business in Leon County, Florida, and is in all other respects sui

Exhibit B

juris. All of Plaintiff's medical care as a result of this wreck has been in Tallahassee, Leon County, Florida.

4. Venue is proper in Leon County pursuant to section 47.051, Florida Statutes.

5. On June 10, 2015 in Tallahassee, Leon County, Florida, Plaintiff CINDY F. POTTER's vehicle was struck by a vehicle driven by Patti Heseltine, an underinsured motorist.

6. The subject collision was solely and/or substantially the fault of Patti Heseltine.

7. Ms. Heseltine was insured with State Farm Mutual Automobile Insurance Company under a policy containing $25,000.00 in bodily injury (BI) insurance coverage. State Farm tendered its $25,000.00 policy limits to Plaintiff, whose damages exceed Ms. Heseltine's BI limits. Thus, Ms. Heseltine is an underinsured motorist as a matter of law.

8. Plaintiff was insured for UM/UIM coverage for the subject collision with STATE FARM. The subject UM/UIM policy is in the possession of Defendant STATE FARM. STATE FARM owed the Plaintiff a duty of good faith and fair dealing under the subject contract of insurance.

9. STATE FARM had a right of subrogation under the policy against Patti Heseltine, for any benefits to be paid by STATE FARM to the Plaintiff as a result of this collision with Ms. Heseltine. STATE FARM has waived its subrogation right against Patti Heseltine.

2

10. Plaintiff, as a result of the subject collision, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and/or aggravation of a previously existing condition(s). The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

11. Plaintiff has made demand to STATE FARM for payment of the UM/UIM limits. STATE FARM has refused to pay its UM/UIM limits to Plaintiff. Plaintiff filed a Civil Remedy Notice of Insurer Violations with the Florida Department of Financial Services.

12. Defendant STATE FARM has not attempted in good faith to settle the Plaintiff's claim when, under all the circumstances, it could and should have done so, had it acted fairly and honestly towards its insured and with due regard for his interest.

13. STATE FARM's refusal to pay it UM/UIM policy limits to Plaintiff after its duty to do so, under its contract for UM/UIM coverage with Plaintiff, had become reasonably clear, constitutes a breach of its insurance contract with Plaintiff.

WHEREFORE, Plaintiff CINDY F. POTTER demands judgment against Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in her favor for payment of the UM/UIM policy limits under the subject contract and any resulting consequential damages, plus costs of this action, prejudgment interest as may be applicable, postjudgment interest and trial by jury.

Respectfully submitted,

/s/ Henry J. Graham
Henry J. Graham, Esq.
Florida Bar No.: 0085308
Fasig Brooks, PLLC
3360 Capital Circle NE, Suite B
Tallahassee, Florida 32308
(tel) 850-224-3310
(fax) 850-224-3433
Counsel for Plaintiff
Email: Harry@fasigbrooks.com
paralegal: Renee@fasigbrooks.com